CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 03 2019

JULIA C. DUDLEY, CLERK
BY: /s/ A. Seople
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JESSICA HECKMAN, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) Civil Action No.: 7:19-CV-417 |
| | ) |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC, et al., | ) |
| | ) |
| | ) By:  Michael F. Urbanski |
| Defendants | ) Chief United States District Judge |
| | ) |

## ORDER

The parties to this case have filed a joint stipulation of dismissal, advising that they have agreed to dismiss this action with prejudice, with each party to bear their own attorneys' fees, expenses, and costs. Accordingly, this case is hereby **DISMISSED with prejudice** and stricken from the docket of the court. All pending motions are **DENIED** as moot.

It is so **ORDERED**.

ENTERED: 10/03/2019

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge